IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>JODY PEARSON,<br><br>          Defendant. | 8:16CR280<br><br>ORDER |

This matter is before the court on defendant's motion to continue trial [43]. Counsel needs additional time to prepare for trial and explore plea negotiations. The defendant has complied with NECrimR 12.1(a).   For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, currently set for March 6, 2017 is continued to **April 17, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.   Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 17, 2017** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.   Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED February 21, 2017.**

                                      **BY THE COURT:**

                                      s/ Susan M. Bazis
                                      **United States Magistrate Judge**